427 A.2d 1203

Commonwealth v. Derr, Sr., Appellant.

Submitted September 13, 1979. Joseph S. Falchek, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

427 A.2d 1204

Commonwealth v. Hill, Appellant.

Submitted March 23, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.*

Judgment of sentence affirmed.

WIEAND, J., noted his dissent.

* Judge Donald E. Wieand is sitting by special designation.

* Judge Donald E. Wieand is sitting by special designation.